UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREA MURRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW HORIZONS MEDICAL, INC.,<br><br>Defendant. | Case No. 4:23-cv-11501-MRG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Andrea Murray dismisses without prejudice her claims in this action against Defendant New Horizons Medical, Inc.

Dated: May 31, 2024         Respectfully submitted,

By: */s/ James J. Reardon*
James J. Reardon (BBO# 566161)
**REARDON SCANLON LLP**
45 South Main Street, 3red Floor
West Hartford, CT 06107
T: (860) 955-9455
james.reardon@reardonscanlon.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis (PA ID 321670)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

Attorneys for Plaintiff(s) and the Plaintiff Class(es)

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 31, 2024, I electronically filed the foregoing Notice of Voluntary Dismissal with the United States District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

Dated: May 31, 2024                                    Respectfully submitted,

                                                                            */s/ James J. Reardon*
                                                                            James J. Reardon (BBO# 566161)